# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re:  Michael Joseph Schulte            Case No:     05-42043
        Michele Schulte                   Chapter 13

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

**Creditor Name and Address**                **Amount of Dividend**

International Collect Sr.                    $30.95
255 S Taniani Tr
Nokomis, FL 34275


Date: 12-22-10                               /s/Carl M. Bates
                                             Carl M. Bates
                                             Chapter 13 Trustee